

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00572-CV

Jose Luis **RAMOS**,
Appellant

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVQ001953 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is SET ASIDE WITHOUT REGARD TO THE MERITS and the case is REMANDED to the trial court for rendition of judgment in accordance with the parties' agreement.

We ORDER that appellee, State Farm Mutual Automobile Insurance Company, recover its costs of this appeal from appellant, Jose Luis Ramos.

SIGNED November 19, 2014.

_____
Luz Elena D. Chapa, Justice